**Order entered February 7, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00045-CV

**CITY OF DALLAS, Appellant**

**V.**

**ROSA RODRIGUEZ, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14889**

## ORDER

Before the Court is appellant's February 5, 2019 unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 4, 2019. Because this is an accelerated appeal, further extension requests will be disfavored.

/s/     BILL WHITEHILL
         JUSTICE